**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602.257.7422
Facsimile: 602.254.4878
James H. Marburger - 010359
jmarburger@gustlaw.com

**MCKENNA LONG & ALDRIDGE LLP**
1676 International Drive, Penthouse
McLean, Virginia 22102
Telephone: 703.336.8723
Thomas B. Almy (Pro Hac Vice Application Forthcoming)
talmy@mckennalong.com

**MCKENNA LONG & ALDRIDGE LLP**
10700 N. Kendall Drive, Suite 303
Miami, Florida 33176
Telephone: 305.537.0008
Monica L. Irel (Pro Hac Vice Application Forthcoming)
mirel@mckennalong.com

*Attorneys for Defendant Sierra Nevada Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William P. Burnette, a single man, and Tracie Garnett, individually and on behalf of the Estate of William Burnette III,<br><br>Plaintiffs,<br>vs.<br><br>Sierra Nevada Corporation, a Nevada corporation; New Frontier Innovations, LLC, a Delaware Corporation; Airborne Services Global II, LLC; John and Jane Does I through X, fictitious individuals; ABC Corporations I-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures I-X, fictitious entities,<br><br>Defendants. | No. 2:14-cv-02761-PHX-JWS<br><br>**NOTICE OF SETTLEMENT AS TO PLAINTIFF WILLIAM P. BURNETTE ONLY** |

JHM:tno 2382067.1 5/1/2015

1

1 | In accordance with L.R.Civ. 40.2 (d), Defendant Sierra Nevada Corporation
2 | gives notice of partial settlement of this action. All claims by Plaintiff William Burnette
3 | have been resolved as to all Defendants. A stipulation and proposed order of dismissal
4 | will be submitted in due course.

All claims by Intervenor Garnett remain pending as to all Defendants.

DATED this 1st day of May, 2015.

**MCKENNA LONG & ALDRIDGE LLP**
Thomas B. Almy
Monica L. Irel

and

**GUST ROSENFELD P.L.C.**

By *s/ James H. Marburger - 010359*
James H. Marburger
Attorneys for Defendant Sierra Nevada Corporation

JHM:tno  2382067.1  5/1/2015

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Robert K. Lewis, Esq.
Christopher A. Treadway, Esq.
Lewis Law Firm, PLC
2633 E. Indian School Road, Suite 360
Phoenix, AZ  85016

and

Amy M. Pokora, Esq.
Pokora Law, PLC
2633 E. Indian School Road, Suite 360
Phoenix, AZ  85016
*Attorneys for Plaintiff William Burnette*

Daryoush Toofanian, Esq.
Rad Law Firm
12900 Preston Road, Suite 900
Dallas, TX  75230
*Attorney for Plaintiff Tracie Garnett*

Shannon E. Trebbe, Esq.
Steptoe & Johnson LLP
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

and

James F. Hibey, Esq.
Shannen W. Coffin, Esq.
David M. Crane, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
*Attorneys for New Frontier Innovations, LLC*

By: *s/Terri Oliver*

JHM:tno  2382067.1  5/1/2015

3